UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NOTTUS, INC., | ) |
| | ) |
| Debtor. | ) |
| | ) Case No. 15-40549 |
| | ) |

## Motion for Admission Pro Hac Vice

Pursuant to Local Rule 83.1(b), Nicolas J. Boileau (hereafter "Boileau") of ACTON & SNYDER, LLP, Danville, Illinois, moves this court for admission *pro hac vice* in the above cause of action. In support of this motion, Boileau states the following:

(1) I am an associate with the Danville, Illnois, law firm of ACTON & SNYDER, LLP. I was admitted to practice law in the State of Illinois on November 6, 2008, and am also admitted to practice law before the United States District Court for the Central District of Illinois, the United States District Court for the Southern District of Indiana, and the United States District Court for the Western District of Michigan. I have continuously practiced law since my admission date.

(2) I have no concluded disciplinary cases and am not the subject of any pending disciplinary cases or complaints.

(3) My current practice focuses on commercial litigation, bankruptcy and personal injury.

(4) I have read the Federal Rules of Bankruptcy Procedure, the annexed Local Rules of Bankruptcy Procedure for the Southern District of Illinois, and agree to be bound by them.

(5) Steven L. Blakely, ACTON & SNYDER, LLP, will continue to represent the debtor in this case as co-counsel.

WHEREFORE, Nicolas J. Boileau of ACTON & SNYDER, LLP moves this court to enter an order admitting him to practice in this case *pro hac vice*.

Signed on June 16, 2016.

_____
Nicolas J. Boileau
ACTON & SNYDER, LLP

Nicolas J. Boileau
ACTON & SNYDER, LLP
11 East North Street
Danville, Illinois 61832
Tel. (217) 442-0350
Fax (217) 442-0335